348

## UNITED STATES *versus* WILLIAM DURELL

PAPERS IN FILE (1818): (1–2) Precipes for process.

## RAMSAY CROOKS AND ROBERT STUART, JOINT TRADERS UNDER THE FIRM OF AMERICAN FUR COMPANY, *versus* ISAAC BURNETT

PAPERS IN FILE: [None]
*Office Docket*, MS p. 76, c. 9.

## ROBERT McQUEEN AND ALEXANDER McMUIR *versus* SIDNEY DOLE, MAHLON C. TAYLOR, JOSHUA FORMAN AND EBENEZER WILSON, JR.

PAPERS IN FILE (1819): (1) Capias.
*Office Docket*, MS p. 97, c. 47.

## UNITED STATES *versus* TWO BALES OF BLANKETS, SHAWLS, ETC., COMMONLY CALLED INDIAN GOODS

PAPERS IN FILE (1819): (1) Certificate of posting notice of trial; (2) clerk's memo. of proceedings; (3) statement of sale at auction.